

# NUMBER 13-16-00606-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE SHAHIN ZARAIEHN

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Valdez and Justices Garza and Longoria
### Per Curiam Order

Relator, Shahin Zaraiehn, filed a petition for writ of mandamus in the above cause on November 4, 2016. Through this original proceeding, relator seeks to set aside a final judgment signed on September 27, 2016. Relator alleges that the judgment was void because it was entered after the expiration of the trial court's plenary power.

The Court requests that the real parties in interest, Fernando Mancias, Dale & Klein, L.L.P., and Katie Pearson Klein, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or

before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P. 52.2,

52.4, 52.8.

      IT IS SO ORDERED.

                    PER CURIAM

Delivered and filed the
8th day of November, 2016.